# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00088-CR

**La'Afrique James Hollie, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT NO. 49829, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

La'Afrique James Hollie seeks to appeal from a judgment of conviction for aggravated robbery rendered after the court revoked his deferred adjudication community supervision and adjudged him guilty. The trial court has certified that Hollie waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The court has also certified that this is a plea-bargain case. Rule 25.2(a)(2) does not apply, however, to bargained pleas of true at an adjudication hearing. *See Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). *See also Hargesheimer v. State*, No. PD-1610-04, 2006 Tex. Crim. App. LEXIS 17, at *17-19 (Tex. Crim. App. Jan. 18, 2006).

Based on the certification that Hollie waived his right of appeal, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).


_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   March 2, 2006

Do Not Publish